FILED

JUL 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARMEN E. CAMPBELL, | No. 11-56558 |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-09182-RGK-MAN |
| v. | |
| JULES M. PERLEY, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted June 26, 2012[**]

Before:     SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Carmen E. Campbell appeals pro se from the district court's order

dismissing her medical malpractice action for failure to prosecute. We have

jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Al-Torki v. Kaempen*, 78 F.3d 1381, 1384 (9th Cir. 1996), and we affirm.

The district court did not abuse its discretion in dismissing Campbell's action because it had been pending for more than a year and Campbell failed to file an adequate response to the court's order to show cause why it should not be dismissed for lack of prosecution. *See id.* at 1384-85 (discussing factors to guide the court's decision and affirming dismissal for failure to prosecute).

Campbell's remaining contentions are unpersuasive.

**AFFIRMED.**